UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CLERK'S OFFICE

C.A. NO.: 03-12558RWZ

2004 JAN 21 A 11:51

THOMAS MULCAHY )
)
Plaintiff DISTRICT COURT )
DISTRICT OF MASS. )
)
vs. )
)
BEVERLY PORT MARINA, INC. )
)
Defendant )
)

## STIPULATION FOR DISMISSAL

Now come all the parties with an appearance in the above-entitled action and hereby stipulate, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), that all of the Plaintiff's claims against the Defendant in this action be dismissed without prejudice and without costs.

Respectfully submitted,
Thomas Mulcahy
By his Attorneys,

Paul F. Cavanaugh BBO#561158
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, Massachusetts 02481
(781) 237-0600

Dated: 01-21-2004